No. 15, Original. ILLINOIS *v.* MICHIGAN ET AL. The motion of the States of Michigan, Ohio and Pennsylvania for an extension of time to answer the motion for leave to file the complaint is granted and the time is extended to and including March 31, 1959. *Paul L. Adams,* Attorney General, *Samuel J. Torina,* Solicitor General, and *Nicholas V. Olds,* Assistant Attorney General, for the State of Michigan; *Mark McElroy,* Attorney General, and *Harold Read,* First Assistant Attorney General, for the State of Ohio; and *Anne X. Alpern,* Attorney General, and *Lois G. Forer,* Deputy Attorney General, for the State of Pennsylvania, movants. *Latham Castle,* Attorney General of Illinois, *William C. Wines,* Assistant Attorney General, and *George E. Billett, Charles A. Bane* and *Calvin D. Trowbridge,* Special Assistant Attorneys General, for complainant.

No. 532, Misc.   BYERS *v.* KANSAS;

No. 540, Misc.   ORTEGA *v.* RAGEN, WARDEN;

No. 554, Misc.   ALLEN *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY; and

No. 585, Misc.   MOORE *v.* UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied.

No. 64, Misc.   YANCY *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted. MR. JUSTICE STEWART took no part in the consideration or decision of these applications. *Seymour B. Goldman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Robert S. Erdahl* and *J. F. Bishop* for the United States.